# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154952

TRINITY HEALTH-WARDE LAB, LLC,
      Petitioner-Appellant,

v

CHARTER TOWNSHIP OF PITTSFIELD,
      Respondent-Appellee.

SC: 154952
COA: 328092
MTT: 00-455553

_____/

On order of the Court, the application for leave to appeal the November 3, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals erred when it held that the petitioner for-profit limited liability company – a wholly owned subsidiary of tax-exempt Trinity Health Michigan – was not entitled to a property tax exemption under MCL 211.7o and MCL 211.7r. In addition to the brief, the appellant shall electronically file an appendix containing the items listed at MCR 7.312(D)(2). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk

s1017